ROBERT A. BUCCOLA, ESQ. / SBN: 112880
STEVEN M. CAMPORA, ESQ. / SBN: 110909
**DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**
20 Bicentennial Circle
Sacramento, CA 95826
Telephone:  (916) 379-3500
Facsimile:  (916) 379-3599

Attorneys for Defendants
William Hackett and Debra Hackett

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY, a Delaware Corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>SILVA TRUCKING, INC.; ELAINE R. MCDONOLD, an individual; DEBRA HACKETT, an individual; WILLIAM HACKETT, an individual; NATIONAL INTERSTATE INSURANCE COMPANY, and DOES 1 through 100, inclusive,<br><br>  Defendants. | Case No.: 2:14-cv-00015-KJM-CKD<br><br>**ORDER APPOINTING GUARDIAN AD LITEM FOR DEFENDANT DEBRA HACKETT** |

The Court having received and reviewed the Petition of C. Brooks Cutter to be appointed as Guardian Ad Litem for Debra Hackett and good cause appearing, orders as follows:

C. Brooks Cutter is hereby appointed Guardian ad Litem for the Defendant, Debra Hackett, for the purpose of defending the action filed by Lexington Insurance Company.

Dated:  April 10, 2014.

_____
UNITED STATES DISTRICT JUDGE

-1-
**ORDER APPOINTING GUARDIAN AD LITEM FOR DEFENDANT DEBRA HACKETT**